# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

**MARIA VALDEZ,**

DEFENDANT.

05m-1052

## WARRANT FOR ARREST

CASE NUMBER: 03 CR 763 (NG)

TO: Special Agent Manuel Decastro, Immigration and Customs Enforcement, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __MARIA VALDEZ__
Name

and bring him forthwith to the nearest magistrate to answer a *bail revocation notice* MK

Indictment    Information    ☒ Complaint    Order of Court    Violation Notice    Probation Violation Petition

charging her with (brief description of offense)

knowingly violating conditions of her release by using a controlled substance, and knowingly making material false statements to federal officers,

In violation of Title __18__ United States Code, Section(s) __1001(a)(2), 3148(b)__

__HONORABLE NINA GERSHON__
Name of Issuing Officer

*/s/ Nina Gershon*
Signature of Issuing Officer

__U. S. DISTRICT JUDGE__
Title of Issuing Officer

February 18, 2005    BROOKLYN, NY
Date and Location

Bail fixed at $ _____    By _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |