UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Magistrate Judge No. 04H-1052-JGD |
| ) | |
| MARIA VALDEZ, ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Francis P. Dawson, Jr., Deputy United States Marshal, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one MARIA VALDEZ on a complaint filed in the United States District Court for the Eastern District of New York, for knowingly violating conditions of her release by using a controlled substance, and knowingly making material false statements to federal officers, in violation of Title 18, United States Code, Sections 3148(b) and 1001(a)(2), respectively. A copy of said warrant is attached.

_____
Francis P. Dawson, Jr.
Deputy United States Marshal

Subscribed and sworn to before me
this 1st day of March 2005

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS