UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )| |
| v.                                                 ) | Magistrate Judge No. 05m-1052-JGD |
| ) | |
| MARIA VALDEZ,                          ) | |
| Defendant                                   ) | |

### ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on March 1, 2005, in Boston, Massachusetts, by the United States Marshals Service on an arrest warrant issued on February 18, 2005, by the United States District Court for the Eastern District of New York.

Based on the evidence at a hearing held before me on March 1, 2005, I conclude that MARIA VALEZ is the person named in the arrest warrant and that she should be detained for the purposes of removing her to the Eastern District of New York.

**IT IS THEREFORE ORDERED** that MARIA VALDEZ be, and hereby is, REMOVED to the Eastern District of New York and, further, that MARIA VALDEZ appear before the United States District Court of the Eastern District of New York at Brooklyn, New York, on the date directed by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, Eastern District of New York.

_Judith Gail Dein_
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: March 1, 2005